UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, an employee benefit plan, et al, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:12-CV-524-JAR |
| MARSHALL CONTRACTING, LLC, | ) ) | |
| Defendant. | ) | |

**SUPPLEMENTAL MEMORANDUM AND ORDER**

The Court is in receipt of counsel's affidavit filed in support of Plaintiffs' request for an award of attorneys' fees and costs of its motions for a default order of accounting and contempt [ECF No. 18], which request was granted by the Court in its Order of October 5, 2012 [ECF No. 16].

In her affidavit, counsel states that her firm's standard hourly billing rate in 2012 is $175.00 for partners, $165.00 for associates, and $85.00 for legal assistant and paralegal services. In the instant case, counsel's billing records reflect that she performed 10.2 hours of attorney services. The billing records reflect an additional .9 hours of associate attorney services, and 1.7 hours of legal assistant and paralegal services. In connection with this matter, counsel states her firm expended $350.00 for the filing fee and $78.68 for service of the summons and complaint by a special process server.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Marshall Contracting, LLC, shall be held liable for Plaintiffs' attorneys fees and costs in the amounts of $1,983.00 for attorneys fees and $428.68 in costs, for a total award of $2,411.68.

**IT IS FURTHER ORDERED** that Plaintiffs shall effect service of this Order and the Court's Orders of June 1, 2012 [ECF No. 11] and October 5, 2012 [ECF No. 16] on Defendant by whatever means they believe to be most effective, and shall promptly file a certificate of such service.

Dated this 15th day of October, 2012.

                                                               _____
                                                               JOHN A. ROSS
                                                               UNITED STATES DISTRICT JUDGE