**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) <br> LABORERS WELFARE FUND, an employee ) <br> benefit plan, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MARSHALL CONTRACTING, LLC, ) <br> ) <br> Defendant. ) | No. 4:12-CV-524-JAR |

**SUPPLEMENTAL MEMORANDUM AND ORDER**

The Court is in receipt of counsel's affidavit filed in support of Plaintiffs' request for an award of attorneys' fees and costs of its motions for default order of accounting and contempt (Doc. No. 41), which request was granted by the Court in its Order of February 25, 2014. (Doc. No. 39)

In his affidavit, counsel states that his firm's standard hourly billing rate in 2013 and 2014 is $180.00 for partners, $170.00 for associates, and $90.00 for paralegal services. In the instant case, counsel's billing records reflect that he performed 4.3 hours of attorney services. The billing records reflect an additional 3.2 hours of associate attorney services, 0.1 hours of partner services, and 0.9 hours of paralegal services. In connection with this matter, counsel states his firm expended $54.32 for service of the Court's January 22, 2014 Order by special process server and $86.50 in court reporter costs related to the August 22, 2013 deposition where Jim Marshall of Defendant Marshall Contracting, LLC failed to attend.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Marshall Contracting, LLC, shall be held liable for Plaintiffs' attorneys fees and costs in the amounts of $1,374.00 for attorneys fees and $140.82 in costs, for a total award of **$1,514.82**.

**IT IS FURTHER ORDERED** that Plaintiffs shall effect service of this Order and the Court's Orders of July 23, 2013 (Doc. No. 30) and February 25, 2014 (Doc. No. 39) on Defendant by whatever means they believe to be most effective, and shall promptly file a certificate of such service.

Dated this 7th day of March, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE